UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA SANCHEZ-NAVARRETE, | No. 1:26-cv-2171-DJC-CKD P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondent. | |

Petitioner is detained by Immigrations and Customs Enforcement and is currently representing himself. Petitioner filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and paid the filing fee. Petitioner also filed a motion for appointment of counsel. The court would consider appointing counsel for petitioner based on the complexity of the legal issues involved if petitioner is indigent. See 18 U.S.C. § 3006A(a)(2)(B); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, petitioner will be provided an opportunity to submit the appropriate affidavit in support of a request to proceed in forma pauperis.

In accordance with the above, IT IS ORDERED that:

1. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

////

1

2. Petitioner shall submit any affidavit in support of a request to proceed in forma pauperis within 30 days.

Dated: March 24, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 sanc2171.2241imm.ifp